**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14CV172 SNLJ |
| | ) | |
| JERRY MORGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Assistant Attorney General's response to the Court's November 10, 2015 Memorandum and Order requiring the Attorney General's Office to submit the last known addresses for defendants Jerry Morgan and Chris Kennedy. As the Attorney General's Office has complied with this Court's request, the Court will ask the Clerk of Court to have the U.S. Marshal effectuate service of process on defendants at their last known addresses. Copies of service of summons and return of service shall be placed under seal and shall not be served on plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall have the United States Marshal's Office effectuate service of summons on defendants Jerry Morgan and Chris Kennedy at their last known addresses.

**IT IS FURTHER ORDERED** that copies of summons, as well as return of summons, shall be filed under seal. These documents shall not be served upon plaintiff.

Dated this 17th day of December, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE